UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:19–cr–209

v.                                   Hon. Janet T. Neff

COREY JOHN RAPHAEL,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  September 14, 2020   11:00 AM
Judge:  Janet T. Neff
Place/Location:  401 Federal Building, Grand Rapids, MI

                                              JANET T. NEFF
                                              United States District Judge

Dated:  May 7, 2020        By:    /s/ Rick M. Wolters
                                               Case Manager